# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1935

_____

James Claybon, Jr.,                *

         Appellant,        *

         v.                    *    Appeal from the United States
                                *    District Court for the
Jerry Taylor, individually and in his   *    Eastern District of Arkansas.
capacity as Mayor of the City of      *
Pine Bluff, Arkansas; City of         *         [UNPUBLISHED]
Pine Bluff, Arkansas,             *

         Appellees.        *

_____

Submitted: July 7, 1999

Filed: July 19, 1999

_____

Before HANSEN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

James Claybon, Jr., appeals from the district court's[1] grant of summary judgment in his 42 U.S.C. § 1983 action against the City of Pine Bluff, Arkansas, and its mayor. Having carefully reviewed the parties' briefs and submissions on appeal, we conclude

_____

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

the district court's judgment was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also grant appellees' motion to strike those portions of appellant's appendix that were not before the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.